United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHANEE TENNILLE COLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04507 |
| | § | |
| BLAKE A HAWTHORNE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

A review of Plaintiff's request to proceed *in forma pauperis* reveals that Petitioner cannot afford to pay the $400.00 filing fee. Accordingly, Petitioner's application to proceed *in forma pauperis* is **GRANTED**. *See Jones v. Louis Vouitton*, 544 F. App'x 460 (5th Cir. 2013) (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948)).

However, a review of the Complaint reveals that the claims in this case arise out of the same transaction or occurrence as those raised by Plaintiff in *Coleman v. United States of America et al.*, 4:26-CV-02265. Rather than filing a separate case, the proper course of action is for Plaintiff to seek to amend her Complaint to add additional claims or parties in that case. The Court therefore **DISMISSES** this case **WITHOUT PREJUDICE**. The Clerk is directed to administratively close this case.

If Plaintiff wishes to raise additional claims or include additional defendants in 4:26-CV-02265, she may file a Motion for leave to amend her complaint in that case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 15, 2026.

Keith P. Ellison
United States District Judge